#112  # 12926[4]

FORM 9 (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### Western



| In the matter of: | Case No. 09-34709 S |
|---|---|
| WYATT, CHRISTOPHER REX | |
| WYATT, DONNA JEAN | Chapter 7 |
| | |
| FINKE, DONNA JEAN | Judge RICHARD L. SPEER |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.53 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corporation For GE Money Bank,dba SAM'S CLUB, DISCOVER,25 SE 2nd Ave Ste 1120 Miami, FL 33131 | 12 | 4.53 |